IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01837-WYD-KMT | Date: | June 19, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | Courtroom C-201 |

*Parties:*                                                                                          *Counsel:*

JOANIE LATIN,                                                                              Kent Eichstadt

   Plaintiff,

v.

BELLIO TRUCKING, INC., a Colorado corporation,           John McBride

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:29 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**: Plaintiff's Motion to Compel Production of Documents and for Expedited Hearing [24] is GRANTED as stated on the record. Defendant to produce documents on or before July 3, 2014.

**ORDERED**: Plaintiff's Second Motion to Amend Scheduling Order [29] is GRANTED. The Scheduling Order is amended as follows:

    Discovery Cut-off: October 1, 2014.
    Dispositive Motion Deadline: October 31, 2014.
    Final Pretrial Conference: January 13, 2015, at 9:45 a.m.
    Proposed Final Pretrial Order: January 6, 2015.

**2:39 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time     01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.