IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01837-WYD-KMT

JOANIE LATIN,

     Plaintiff,

v.

BELLIO TRUCKING, INC., a Colorado corporation,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff's Unopposed Motion for Leave to File Reply in Support of Objections to Magistrate Judge's October 3, 2014 Order (ECF No. 44), filed November 13, 2014, is **GRANTED.**  Plaintiff's reply and exhibits, which are attached to the motion, are accepted for filing.

     Dated:  November 14, 2014