**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | April 4, 2016 |
| E.C.R./Reporter: | Terri Lindblom | | |

Civil Action No: **13-cv-01837-WYD-KMT**         Counsel:

**JOANIE LATIN**,                                                    Kent E. Eichstadt

        Plaintiff,

v.

**BELLIO TRUCKING, INC., a Colorado
corporation**,                                                         Daniel T. Goodwin

        Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 1)**

**9:03 a.m.**     Court in Session - Jury not present

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

9:04 a.m.     Discussion regarding stipulated facts, jury selection process, and Admitted Facts: Verified Complaint and Jury Trial Demand that was submitted by Plaintiff.

              Plaintiff's Motion to Introduce Summaries into Evidence at Trial [ECF Doc. No. 105], filed March 25, 2016, is raised for argument.

9:18 a.m.     Argument by Plaintiff by Mr. Eichstadt.

9:19 a.m.     Argument by Defendant by Mr. Goodwin.

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion to Introduce Summaries into Evidence at Trial [ECF Doc. No. 105], filed March 25, 2016, is **DEFERRED.** |
| 9:25 a.m. | Discussion regarding sequestration of witnesses and how many advisory witnesses shall be present at counsel table. |
| **ORDERED:** | Witnesses shall be sequestered during trial and both Derald Bellio and Mark Bellio will be allowed to sit at counsel table. |
| **9:28 a.m.** | Court in Recess |
| **9:47 a.m.** | Court in Session - Jury not present. |
| | Further discussion regarding issues related to damages. |
| 9:55 a.m. | Jury enters. |
| | Court's opening remarks to prospective jurors. |
| 9:56 a.m. | Voir dire oath given. |
| 10:06 a.m. | Voir dire by Court commences. |
| **11:31 a.m.** | Court in Recess |
| **11:51 a.m.** | Court in Session - Jury present |
| | Voir dire by Court continues. |
| 12:26 p.m. | Voir dire by Plaintiff by Mr. Eichstadt. |
| 12:31 p.m. | Voir dire by Defendant by Mr. Goodwin. |

Challenges for Cause:

1) 100328290
2) 100286817
3) 100294963
4) 100284847

<u>Peremptory challenges by Plaintiff:</u>

1) 100324725
2) 100298864
3) 100311422

<u>Peremptory challenges by Defendant:</u>

1) 100319858
2) 100293468
3) 100300391

12:43 p.m.    <u>Jury sworn to try:</u>

1) 100288133   2) 100316929
3) 100316361   4) 100312105
5) 100287747   6) 100286731
7) 100312259   8) 100319198
9) 100282583  10) 100320947

**12:43 p.m.**    Court in Recess

**2:05 p.m.**    Court in Session - Jury enters

2:07 p.m.    Jury reads preliminary jury instructions.

2:19 p.m.    Opening statement by Plaintiff by Mr. Eichstadt.

2:39 p.m.    Opening statement by Defendant by Mr. Goodwin.

2:56 p.m.    Plaintiff's witness **Joanie Latin** sworn.

             Direct examination by Plaintiff by Mr. Eichstadt.

**3:41 p.m.**    Court in Recess

**3:59 p.m.**    Court in Session - Jury enters

4:01 p.m.    Plaintiff's witness **Joanie Latin** resumes.

             Direct examination by Plaintiff by Mr. Eichstadt continues.

4:49 p.m.    Jury excused for the evening and trial will resume on Tuesday, April 5, 2016, at 9:00 a.m.

4:49 p.m.        Discussion regarding Plaintiff's exhibit 80.

**5:06 p.m.**    Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   5:44**